JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE WINEKE, an individual, | Case No. EDCV 09-282-VAP (AGRx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTRYWIDE HOME LOAN, a New York Corporation; POWERHOUSE MORTGAGE INC., a California Corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: May 5, 2009

VIRGINIA A. PHILLIPS
United States District Judge